| | |
|---|---|
| 1 | FREAR STEPHEN SCHMID, CSB NO. 96089 |
| 2 | ATTORNEY AT LAW<br>177 POST STREET, SUITE 550 |
| 3 | SAN FRANCISCO, CA  94108<br>TELEPHONE:  (415) 788-5957 |
| 4 | FACSIMILE:  (415) 788-5958<br>EMAIL: frearschmid@aol.com |
| 5 | |
| 6 | Attorney for Plaintiffs<br>MANUAL A. BRAZIL AND JODY I. BRAZIL |
| 7 | BONNIE A. FREEMAN, CSB NO. 180502 |
| 8 | SENNEFF FREEMAN & BLUESTONE, LLP<br>50 OLD COURTHOUSE SQUARE, SUITE 401 |
| 9 | P.O. BOX 3729<br>SANTA ROSA, CA 95402 |
| 10 | TELEPHONE:  (707) 526-4250<br>FACSIMILE:  (707) 526-0347 |
| 11 | EMAIL: bfreeman@sennefflaw.com |
| 12 | Attorneys for Defendant COUNTY OF SONOMA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANUAL A. BRAZIL AND JODY I. BRAZIL, | ) ) ) | Case No. 14-cv-04838-VC |
| Plaintiff, | ) ) ) | [PROPOSED] **ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF THE CASE MANAGEMENT** |
| vs. | ) ) | **CONFERENCE FOR SIXTY DAYS** |
| COUNTY OF SONOMA, | ) ) | AS MODIFIED |
| Defendant. | ) ) ) | |

Upon the joint request of the parties, the case management conference currently scheduled for August 18, 2015, at 10:00 AM, is hereby continued to  October 13         , 2015, at 10:00 AM, in Courtroom 4, 17th Floor of the above-caption court, with the case

///

///

1

[PROPOSED] ORDER GRANTING JOINT REQUEST
FOR CONTINUANCE OF THE CMC FOR SIXTY DAYS

1  management conference statement due no later than ___October 6_____, 2015.

2  Dated: August _10_, 2015

4  This will be the parties' final continuance.

5  Counsel for the parties are required to

6  appear in person at the CMC on 10/13/2015.

7  The joint CMC statement must be filed

8

9  7 days prior to the CMC and must set out a

10  schedule for the case, including a trial date.

_____
Honorable Vince Chhabria
Judge of the United States District Court

IT IS SO ORDERED AS MODIFIED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA